IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DANIEL J. SHERMAN,** Chapter 7 Trustee, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:21-cv-19-L** |
| | § | (Bankr. Case No. 18-33108-mv17) |
| **RANDY MICHAELIS,** *et al*., | § | (Adv. No. 20-03093-mvl) |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

On March 1, 2021, United States Bankruptcy Judge Michelle V. Larson, entered the Report and Recommendation (Doc. 5), recommending that Defendants' Motion to Withdraw the Reference\* of Adversary Case No. 20-03093-mvl (Doc. 1-1), filed January 6, 2021, "be granted, but only at such time as the Bankruptcy Court certifies to the District Court that the litigation is trial-ready." R. & R. 4. Judge Larson further "recommends that the District Court defer to the Bankruptcy Court the handling of all pre-trial matters, including discovery and making reports and recommendations on dispositive motions." *Id.* No objections to the Report and Recommendation were filed, and the time for doing so has passed.

---

\* Defendants Randy Michaelis, James Trans, Timothy Calabrese, and Lauren Calabrese filed the Motion to Withdraw the Reference. According to the Motion to Withdraw the Reference, the bankruptcy court's Report and Recommendation, and this court's review of the docket sheet in the underlying adversary proceeding, only the Trustee's claims against these Defendants remain in the adversary action.  The Trustee's claims against all other persons have settled, or are no longer being pursued by the Trustee because the parties are deceased. In addition, the Trustee's claims against Timothy Calabrese and Lauren Calabrese are stayed, as they have filed for bankruptcy under Chapter 7.   The court, therefore, **amends** the case caption accordingly and **directs** the clerk of the court to revise the docket sheet to reflect that only Randy Michaelis, James Trans, Timothy Calabrese, and Lauren Calabrese remain as Defendants in this action.

**Order – Page 1**

Having reviewed the Report and Recommendation, the Motion to Withdraw the Reference, the pleadings, and record, the court determines that the Report and Recommendation is **correct**, and it is hereby **accepted** by the court. Accordingly, Defendants' Motion to Withdraw the Reference will be granted and the reference will be withdrawn *if and when* the bankruptcy court certifies that the parties to Adversary Case No. 20-03093-mvl are ready for trial.    Until that time, the reference for the adversary proceeding **shall** remain with the bankruptcy court as to *all* pretrial matters, including the submission of reports and recommendations on dispositive matters.

Further, as the court's current trial docket is full through spring of 2022, and the trial of criminal cases takes precedence over civil matters, the court, to prevent this case from continuing to age without activity, determines that the case should be, and is hereby, **administratively closed** and **directs** the United States District Clerk to submit JS-6 form to the Administrative Office, thereby removing it from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**It is so ordered** this 8th day of June, 2021.


Sam A. Lindsay
United States District Judge

**Order – Page 2**