IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DANIEL SHERMAN,** as Chapter 7 Trustee for Essential Financial Education Inc., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:21-CV-19-L** |
| **MORRIS T. NORWOOD; RANDY MICHAELIS; CECIL BAILEY; RICHARD LIFTO; JENNY DEVLIN; PETER KELSALL; JAMES TRANS; TIMOTHY CALABRESE; LAUREN CALABRESE; HSIAO WEN TSANG, a/k/a JULIE TSANG; LING WU TSANG; THELMO TRENEMAN; RICHARD WHEELOCK; and FAROOQ AZAM,** | § § § § § § § § § § § | |
| Defendants. | § | |

## JUDGMENT

The court issues this judgment pursuant to its order of December 8, 2021. It is, therefore,

**ordered, adjudged, and decreed** that Daniel Sherman, as Chapter 7 Trustee for Essential

Financial Education, Inc. ("Trustee"), is entitled to and shall recover from Defendant Randy

Michaelis[*] **$187,905.21** ($175,500 in damages and $12,405.21 in prejudgment interest) for his

claim for Avoidance of Constructive Fraudulent Transfers under 11 U.S.C. § 548(a)(1)(B); that

the Trustee is entitled to and shall recover postjudgment interest on this amount at the federal rate

of **.21 percent** per annum until it is paid in full; that all defenses by Mr. Michaelis are **dismissed**

**with prejudice**; that all allowable and reasonable costs of court are taxed against Mr. Michaelis;

and that all relief not expressly granted herein, except with respect to attorney's fees, is **denied**.

---

[*] The Trustee's claims against all other Defendants in this case have settled, or are no longer being pursued by the Trustee at this time.

**Judgment – Page 1**

**Signed** this 8th day of December, 2021.

Sam A. Lindsay
United States District Judge